IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BOBBY L. MAGWOOD,

    Plaintiff,

vs.                                                     CASE NO. 5:06cv219/RS

SCOTT DUVAL, et al,

    Defendants.

_____/

## ORDER

Before the court are the Plaintiff's Motion To Dismiss Without Prejudice (Doc. 7) and the Magistrate Judge's Report and Recommendation (Doc. 8).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Motion to Dismiss shall be construed as a notice of voluntary dismissal and is granted.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on December 29, 2006.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**